UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDDY ARTUR GUTAMA PENALOZA,<br><br>Defendant. | NO. CR17-087 TSZ<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the motion, docket no. 95, of the United States for leave to dismiss all pending charges in this matter as to Defendant Freddy Artur Gutama Penaloza.

IT IS HEREBY ORDERED:

The motion is GRANTED and all pending charges in the above-captioned case as to this Defendant are dismissed, without prejudice.

Dated this 11th day of March, 2021.

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 1
*United States v. Gutama Penaloza,* CR17-087 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970